BALTIMORE & O. R. CO. v. KITCHIN.

(Circuit Court of Appeals, Second Circuit. January 4, 1905.)

CARRIERS—WRONGFUL EJECTION OF PASSENGER—DAMAGES.

A judgment in favor of a passenger for $200 damages for wrongful ejection from a car on defendant's railroad affirmed on the authority of Pullman's Palace Car Co. v. King, 99 Fed. 380, 39 C. C. A. 573.

In Error to the Circuit Court of the United States for the Southern District of New York.

On writ of error to the Circuit Court for the Southern District of New York to review a judgment entered on a verdict in favor of the defendant in error (plaintiff below) for the sum of $200, damages sustained by him by reason of being wrongfully ejected from a railroad car at or near Dartmoor, W. Va., after having paid his fare from Grafton to Elkins and return to the defendant below.

Richard Reid Rogers, for plaintiff in error.

Before TOWNSEND and COXE, Circuit Judges.

PER CURIAM. We think the judgment should be affirmed on the authority of Pullman's Palace Car Co. v. King, 99 Fed. 380, 39 C. C. A. 573.